```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
MARTIN SANDOZ,                                                     :
                                                                   :
                           Plaintiff,                              :        17-CV-5447 (VSB)
                                                                   :
          -against-                                                :        NOTICE OF INITIAL
                                                                   :        PRETRIAL CONFERENCE
DOE, et al.                                                        :        IN PRO SE ACTION
                                                                   :
                           Defendants.                             :
                                                                   :
------------------------------------------------------------------ X
```

```
                                      USDC SDNY
                                      DOCUMENT
                                      ELECTRONICALLY FILED
                                      DOC #:_____
                                      DATE FILED:  7/1/2018
```

VERNON S. BRODERICK, United States District Judge:

      This case has been assigned to me for all purposes. It is hereby ORDERED that all parties appear via telephone for an initial pretrial conference with the Court on **July 20, 2018** at **12:00 p.m. All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.**

      All counsel are required to register promptly as filing users on ECF. Upon consent *pro se* parties may receive service through ECF. However, if a *pro se* party does not consent to service through ECF, counsel is required to serve *pro se* parties with copies of documents filed with the Court and to file affidavits of such service with the Court thereafter.

      It is further ORDERED that, at the appointed date and time for the initial pretrial conference, the Warden or other official in charge of the Five Points Correctional Facility shall produce prisoner Martin Sandoz, DIN No. 16-A-4310, at a suitable location within Five Points Correctional Facility equipped with a telephone, for the purpose of participating by telephone in the conference with the Court and defense counsel in the above referenced matter. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-0183.

      Counsel for defendants, must (1) transmit this Order to the Warden forthwith; (2) contact the Five Points Correctional Facility forthwith to arrange the call and to determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) communicate to Chambers the telephone number at which Plaintiff will be reachable.

      IT IS FURTHER ORDERED that by **July 13, 2018**, each of the parties shall submit a letter, not to exceed three (3) pages, providing the following information in separate paragraphs:

      (1)      A brief statement of the nature of the action and the principal defenses thereto;

(2)  A brief explanation of why jurisdiction and venue lie in this Court.  In any action in which subject matter jurisdiction is founded on diversity of citizenship pursuant to Title 28, United States Code, Section 1332, the letter must explain the basis for the parties' belief that diversity of citizenship exists.  Where any party is a corporation, the letter shall state both the place of incorporation and the principal place of business.  In cases where any party is a partnership, limited partnership, limited liability company, or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners, and/or trustees.  *See, e.g.*, *Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48 (2d Cir. 2000).

(3)  A statement of all existing deadlines, due dates, and/or cut-off dates;

(4)  A brief description of any outstanding motions;

(5)  A brief description of any discovery that has already taken place (including any discovery pursuant to S.D.N.Y. Local Rule 33.2) and of any discovery that is necessary for the parties to engage in meaningful settlement negotiations; and

(6)  Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

Pursuant to the Court's Individual Rules and Practices in Civil *Pro Se* Cases, all communications with the Court by a *pro se* party — including the aforementioned letter — should be mailed to the *Pro Se* Office, United States District Courthouse, 500 Pearl Street, Room 200, New York, New York 10007.  No documents or court filings should be sent directly to Chambers.  Copies of correspondence between a *Pro Se* party and counsel shall not be sent to the Court.

If this case has been settled or otherwise terminated, counsel and any *pro se* party are not required to submit such letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is sent prior to the date of the conference via e-mail to the Orders and Judgment Clerk at the following e-mail address: judgments@nysd.uscourts.gov.

A copy of the Court's Special Rules & Practices in Civil *Pro Se* Cases is located on the Court's website.  Attorneys and unrepresented parties are directed to consult these rules with respect to communications with Chambers and other matters.

**The counsel who first enters a notice of appearance is directed (i) to notify all other parties' attorneys in this action by serving upon each of them a copy of this Order forthwith, and (ii) to file proof of such notice with the Court.**  If unaware of the identity of counsel for any of the parties, counsel shall send a copy of this Order to that party personally.

The Clerk's Office is directed to mail a copy of this Order to the *Pro Se* Plaintiff.

SO ORDERED.

Dated: July 1, 2018
      New York, NY

_____
Vernon S. Broderick
United States District Judge