UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

MARTIN SANDOZ

                                                                        **AFFIDAVIT OF SERVICE**

                                         Plaintiff,

                                                                        17-CV-5447 (VSB)

                  -against-

CITY OF NEW YORK, ET AL.

                                          Defendants.

-------------------------------------------------------------------X

STATE OF NEW YORK    )
                              ) ss:
COUNTY OF NEW YORK  )

       ADRIA BONILLAS, being duly sworn, deposes and says: On the 6th day of July 2018, I served THE INITIAL TELEPHONE CONFERENCE ORDER SCHEDULED FOR JULY 26th AT 10:30 A.M., AND THE ORIGINAL COURT ORDER DETAILING THE COURT'S INSTRUCTIONS PRIOR TO THE TELEPHONE CONFERENCE upon Martin Sandoz by depositing a copy of the same, enclosed in a postpaid properly addressed U.S. Postal Service mail wrapper, in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to the said plaintiff *pro se* Martin Sandoz #16A4310, Five Points Correctional Facility, 6600 State Route 96, Romulus, NY 14541 being the address designated by plaintiff for that purpose.

Dated:       New York, New York
                July 9, 2018

                                                                     _____
                                                                     ADRIA BONILLAS

Sworn to before me this
9th day of July 2018

_____
NOTARY PUBLIC

CHRISTOPHER GREGORY ARKO
Notary Public, State of New York
Registration #02AR6264075
Qualified in Kings County
Commission Expires June 25, ~~2018~~ 2020