RECEIVED
SDNY DOCKET UNIT
2018 DEC -7 PM 3: 45

11-30-18

Clinton Correctional facility
P.O. Box 2000
Dannemora, New York 12929

Martin Sandoz
16A 4310

Case Numbe 17CV5447 (VSB)

Dear Honorable Vernon S. Broderick

This is an update letter to the Court to inform you that I was transfer to Clinton Correctional facility. However, I'm Just reminding the Court that I'm here awaiting patiently, to Continuing my Case. Thank you for your time, and I will be waiting for your responed.

sincerely yours



DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**CLINTON CORRECTIONAL FACILITY**
P.O. BOX 2000
DANNEMORA, NEW YORK 12929

NAME: Martin Sandoz   DIN: 16A4310

Legal Mail

Vernon S. Broderick
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York

Legal Mail