COD 635/16

**THE CITY OF NEW YORK
DEPARTMENT OF CORRECTION
ANNA M. KROSS CENTER**
18-18 HAZEN STREET
EAST ELMHURST, N.Y., 11370

## INMATE VOLUNTARY STATEMENT

Inmate's Name: Sandoz Martin   Date: 21/4/16

Book&Case#: [redacted]

Date of Birth: [redacted]   Age: 29   Housing Area: 10 West

I hereby acknowledge that the following written statement issued was made voluntarily of my own free will, without the promise or hope of reward, and without threat or fear of physical harm.

I got hit from behind while in 11 house over a month ago. Here I am doing fine and have no problems at all. I do not need P.C. at all for it was an isolated incident that is past and done. I am fine is g.t.

Inmate's Signature: Mart Sanets   Date: 21/14/16

Witnessed By: Capt Happis 1438
                Print Name        Signature           Rank        Shield

DEF 000025