```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MARTIN SANDOZ,                                              :
                                                            :
                                    Plaintiff,              :
                                                            :       17-CV-5447 (VSB)
                -against-                                   :
                                                            :       ORDER
CITY OF NEW YORK, et al.,                                   :
                                                            :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On June 17, 2019, Defendants filed a motion for summary judgment and supporting documents. (Docs. 51–55.) I granted Plaintiff two extensions of time to file his opposition such that the most recent deadline was December 20, 2019. (*See* Docs. 59, 63.) On December 31, 2019, Plaintiff's opposition was filed on the electronic docket. (Doc. 64.) Plaintiff's signature on his opposition is dated December 17, 2019, and the pro se office stamped it as received on December 30, 2019. (*Id.*, at 1, 13.)

In his opposition, Plaintiff repeatedly requests that "this Court review the Deposition held on February 8, 2019, of plaintiff Martin Sandoz taken by defendant." (*See, e.g.*, *id.*, at 1 ¶ 4.) However, Plaintiff's opposition papers do not include the deposition transcript, and Defendants submitted only excerpts of that transcript with their moving papers. (*See* Doc. 54-7.) Plaintiff is advised that this Court is not in possession of his deposition transcript and is unable to review it in its entirety.

Accordingly, in light of the fact that Plaintiff is incarcerated and proceeding pro se, it is hereby:

ORDERED that Plaintiff's deadline to oppose Defendants' motion for summary judgment is extended nunc pro tunc to December 30, 2019, and his submission is accepted as timely. Defendants' reply is due January 15, 2020.

IT IS FURTHER ORDERED that along with their reply, Defendants shall submit a full copy of Plaintiff's deposition transcript.

SO ORDERED.

Dated: January 2, 2020
      New York, New York

Vernon S. Broderick
United States District Judge